# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHKEEM DESHAVIER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PATRICK JORDAN, *et al.*,<br><br>　　　　Defendants. | Case No.: 1:17-cv-0816 DAD-BAM<br><br>ORDER DIRECTING CLERK TO AMEND THE CAPTION TO CORRECT THE SPELLING OF PLAINTIFF'S NAME AND TO UPDATE HIS ADDRESS<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS OF OCTOBER 11, 2017<br>(ECF No. 4) |

Plaintiff is a former prisoner proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983. On October 11, 2017, the Court issued Findings and Recommendations to dismiss this action for Plaintiff's failure to keep the Court apprised of his address and for failure to prosecute. (Doc. 6).

On January 9, 2018, Plaintiff appeared in person and notified the office of the Clerk of the Court that his correct name: "Ahkeem Deshavier Williams" is misspelled in the case caption. Having considered the error, the Court subsequently conducted a search of the Court's Case Management System which reveals that Plaintiff, who is no longer in custody, has provided the Court with an updated address. *See Ahkeem D. Williams v. Patrick Jordan*, United States District Court, Eastern District of California, Case No. 1:17-cv-00860-LJO-MJS, Doc. No. 1.

In light of error in the caption and because it appears that the Court's orders to Plaintiff are no longer undeliverable, IT IS HEREBY OREDERED that:

1. The Findings and Recommendations issued on October 11, 2017 are VACATED;
2. The Clerk of the Court is DIRECTED to:

a. correct the caption to reflect the correct spelling of Plaintiff's name: "Ahkeem D. Williams"

b. update the docket with Plaintiff's last known address as follows; and

> 1865 Leoni Dr., Apt. 5
> Hanford, California 93230

c. mail Plaintiff a copy of this Order at the address listed above.

3. Plaintiff is advised that the Court is required to screen the complaints of pro se litigants pursuant to Title 28 of the United States Code section 1915A(a). The Court must dismiss a complaint or portion thereof if the litigant has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant(s) who is immune from such relief. 28 U.S.C. § 1915A(b)(1)&(2). As a result, summonses will not issue at this time. The Court will direct the United States Marshal to serve Plaintiff's complaint only after the Court has screened the complaint and determined that it contains cognizable claims for relief against the named defendants. The Court has a large number of such cases pending before it and will screen Plaintiff's complaint in due course.

IT IS SO ORDERED.

Dated: **January 10, 2018**    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE