| | |
|---|---|
| | |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKHEEM DESHAVIER WILLIAMS, | Case No. 1:17-cv-00816-DAD-BAM |
| Plaintiff, | ORDER STRIKING UNSIGNED REQUEST TO FILE BRIEF BY NON-PARTY YVONNE WILLIAMS |
| v. | |
| PATRICK JORDAN, LARRY LEEDS, JONATHAN RIVERA, and STEVEN SITTER, | (Doc. No. 53) |
| Defendants. | |

Plaintiff Akheem Deshavier Williams ("Plaintiff") is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 12, 2019, non-party Yvonne Williams filed a motion requesting leave to submit briefing regarding her opinion of the events underlying Plaintiff's complaint. (Doc. No. 53.) Both the Federal Rules of Civil Procedure and this Court's Local Rules require that all filed pleadings, motions, and papers be signed by the individual attorney for the party presenting them, or by the party personally if appearing i*n propria persona*. Fed. R. Civ. P. 11(a); Local Rule 131(b). Here, Ms. Williams' request is not signed by an attorney of record or by Ms. Williams herself, and as such it will be stricken from the record. Furthermore, there are no pending matters which require the submission of evidence or briefing.

Accordingly, it is HEREBY ORDERED that the Motion to File Brief filed by Yvonne Williams on July 12, 2019 (Doc. No. 53), is STRICKEN from the record for lack of signature.

IT IS SO ORDERED.

| | |
|---|---|
| Dated: **July 15, 2019** | /s/ *Barbara A. McAuliffe* <br> UNITED STATES MAGISTRATE JUDGE |